```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DAMIEN SHEPPARD,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :       24 Civ. 1191 (JPC)
               -v-                                                     :
                                                                       :            ORDER
SENSIO, INC.,                                                          :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 14, 2024, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for June 13, 2024. Dkt. 12. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due June 6, 2024. The parties failed to submit either.

By 5:00 p.m. on June 11, 2024, it is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 12. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: June 10, 2024
       New York, New York                           _____
                                                           JOHN P. CRONAN
                                                        United States District Judge